WILLIAM L. MITCHELL et al., by guardian, etc., Appellants, *v.* CATHARINE A. MITCHELL et al., Respondents.

(Argued September 27, 1878; decided November 12, 1878.)

*John R. Putnam* for appellants.

*William A. Beach* for respondents.

AGREE to affirm on opinion below on authority of *Cowee* v. *Cornell* (*ante*, p. 91).

All concur, except MILLER and EARL, JJ., absent at argument.

Judgment affirmed.